## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Kevin McNulty |
| | : | |
| v. | : | Crim. No. 20-493 (KM) |
| | : | |
| ETHRICE HAMPTON | : | **ORDER FOR A CONTINUANCE** |

This matter having come before the Court on the joint application of Rachael Honig, Acting United States Attorney for the District of New Jersey (by Naazneen Khan, Assistant United States Attorney), and defendant Ethrice Hampton (by Kathleen M. Theurer, Esq.), for an order granting a continuance of the proceedings in the above-captioned matter from the date this Order is signed through and including January 31, 2022, to permit defense counsel the reasonable time necessary for effective preparation in this matter and to allow the parties to enter into plea negotiations; and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18, United States Code, Section 3161(c); and one continuance having been entered prior to March 16, 2020; and time having been excluded from March 16, 2020 through June 1, 2021 pursuant to Standing Order 2020-12; and two continuances having been entered since June 1, 2021; and the defendant, through his attorney, having consented to the continuance; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1)     Taking into account the exercise of diligence, the facts of this case require that defense counsel be permitted a reasonable amount of additional time for effective preparation in this matter;

(2)     Both the United States and the defendant seek additional time to enter into plea negotiations, which would render any subsequent trial of this matter unnecessary;

(3)     The defendant has consented to the aforementioned continuance;

(4)     The grant of a continuance likely will conserve judicial resources; and;

(5)     As a result of the foregoing, pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, it is on this 29th day of October, 2021;

ORDERED that this action be, and it hereby is, continued from the date this Order is signed through and including January 31, 2022; and it is further

ORDERED that the period from the date this Order is signed through and including January 31, 2022, and shall be excludable in computing time under the Speedy Trial Act of 1974.

/s/ Kevin McNulty
HONORABLE KEVIN MCNULTY
United States District Judge

Form and entry consented to:

Naazneen Khan
Assistant U.S. Attorney

Kathleen M. Theurer, Esq.
Counsel for Defendant Ethrice Hampton

3